**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:12-cv-1275-JLK

DINÉ CITIZENS AGAINST RUINING OUR ENVIRONMENT;
SAN JUAN CITIZENS ALLIANCE;
SIERRA CLUB;
CENTER FOR BIOLOGICAL DIVERSITY; and
AMIGOS BRAVOS,

       Petitioners,

v.

UNITED STATES OFFICE OF SURFACE MINING RECLAMATION
AND ENFORCEMENT, an agency within the U.S. Department of the Interior;
KENNETH L. SALAZAR, in his official capacity as Secretary of the Interior;
AL KLEIN, in his official capacity as Regional Director of U.S. Office of Surface Mining Reclamation and Enforcement, Western Region;
BOB POSTLE, in his official capacity as Manager of the Program Support Division for the Western Region of the Office of Surface Mining Reclamation and Enforcement;
RICK WILLIAMSON, in his official capacity as Manager of the Indian Programs Branch of the Western Region of the Office of Surface Mining Reclamation and Enforcement; and
MYCHAL YELLOWMAN, in his official capacity as Navajo Mine Team Leader in the Office of Surface Mining Reclamation and Enforcement,

       Respondents, and

BHP Navajo Coal Company, a Delaware Corporation,

       Intervenor Respondent.

_____

**ORDER GRANTING MOTION TO COMPLETE THE ADMINISTRATIVE RECORD AND MOTION FOR ADDITIONAL TIME**
_____

Before me are Federal Respondents' Unopposed Motion to Complete the Administrative Record, Doc. 45, and the parties' Joint Motion for Additional Time to File Merits Briefs, Doc. 46. Having considered both motions and attachments thereto, I GRANT both motions.  The Federal Respondents need not lodge the additional record documents through a conventional filing.  The amended briefing schedule will be as follows: Petitioners' merits brief due August 30, 2013; Federal Respondents' merits brief due October 25, 2013; Intervenor Respondent's merits brief due November 4, 2013; Petitioners' reply merits brief due November 19, 2013.

DATED:	August 22, 2013			BY THE COURT:

					*s/John L. Kane*
					John L. Kane
					United States District Judge