# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.     1:12-cv-1275-JLK

DINÉ CITIZENS AGAINST RUINING OUR ENVIRONMENT;
SAN JUAN CITIZENS ALLIANCE;
SIERRA CLUB;
CENTER FOR BIOLOGICAL DIVERSITY; and
AMIGOS BRAVOS,

        Petitioners,

v.

UNITED STATES OFFICE OF SURFACE MINING RECLAMATION
AND ENFORCEMENT, an agency within the U.S. Department of the Interior;
SALLY JEWELL, in her official capacity as Secretary of the Interior;
AL KLEIN, in his official capacity as Regional Director of U.S. Office of Surface
Mining Reclamation and Enforcement, Western Region;
BOB POSTLE, in his official capacity as Manager of the Program Support Division for
the Western Region of the Office of Surface Mining Reclamation and Enforcement;
RICK WILLIAMSON, in his official capacity as Manager of the Indian Programs Branch
of the Western Region of the Office of Surface Mining Reclamation and Enforcement; &
MYCHAL YELLOWMAN, in his official capacity as Navajo Mine Team Leader in the
Office of Surface Mining Reclamation and Enforcement,

        Respondents, and

BHP Navajo Coal Company, a Delaware Corporation,

        Intervenor Respondent.
_____

## ORDER GRANTING UNOPPOSED MOTION FOR A STAY OF MERITS BRIEFING SCHEDULE
_____

Before the Court is the Federal Respondents' motion for a stay of merits briefing schedule, Doc. 49.  Having reviewed the motion, and with good cause having been established, the Court grants the motion.

**IT IS HEREBY ORDERED THAT:**

The merits briefing schedule in the above-referenced action is hereby stayed. Counsel for the Federal Respondents is directed to notify the Court as soon as Congress has appropriated funds for the Department of Justice. Counsel shall include with this notification a proposed Amended Joint Case Management Plan setting forth revised deadlines for merits briefing.

Dated this 8th day of October, 2013.

                                        **BY THE COURT:**

                                        *s/John L. Kane*
                                        John L. Kane
                                        United States District Judge