# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.     1:12-cv-1275-JLK

DINÉ CITIZENS AGAINST RUINING OUR ENVIRONMENT;
SAN JUAN CITIZENS ALLIANCE;
SIERRA CLUB;
CENTER FOR BIOLOGICAL DIVERSITY; and
AMIGOS BRAVOS,

       Petitioners,

v.

UNITED STATES OFFICE OF SURFACE MINING RECLAMATION
AND ENFORCEMENT, an agency within the U.S. Department of the Interior;
SALLY JEWELL, in her official capacity as Secretary of the Interior;
AL KLEIN, in his official capacity as Regional Director of U.S. Office of Surface
Mining Reclamation and Enforcement, Western Region;
BOB POSTLE, in his official capacity as Manager of the Program Support Division for
the Western Region of the Office of Surface Mining Reclamation and Enforcement;
RICK WILLIAMSON, in his official capacity as Manager of the Indian Programs Branch
of the Western Region of the Office of Surface Mining Reclamation and Enforcement; &
MYCHAL YELLOWMAN, in his official capacity as Navajo Mine Team Leader in the
Office of Surface Mining Reclamation and Enforcement,

       Respondents, and

BHP Navajo Coal Company, a Delaware Corporation,

       Intervenor Respondent.
_____

**AMENDED JOINT CASE MANAGEMENT ORDER FOR PETITION FOR REVIEW OF AGENCY ACTION**
_____

## 1. Appearances of Counsel

For Petitioners:

Shiloh Hernandez
Western Environmental Law Center
103 Reeder's Alley
Helena, MT 59601
(406) 204-4861
hernandez@westernlaw.org

For Federal Respondents:

Peter J. McVeigh
U.S. Department of Justice
P.O. Box 7415
Ben Franklin Station
Washington, DC 20044-7415
(202) 514-4642
peter.mcveigh@usdoj.gov

For Intervenor BHP Navajo Coal Company:

Walter E. Stern
Maria O'Brien
Joan E. Drake
Deana M. Bennett
P.O. Box 2168
Bank of America Centre
500 Fourth Street NW, Suite 1000
Albuquerque, NM 87103-2168
(505) 848-1800
western@modrall

James Banks
Hogan Lovells US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
(202) 637-5802

For Limited Intervenor Navajo Nation:

Brian L. Lewis
BIA Club Building
Post Office Box 2010
Window Rock, Navajo Nation (Arizona) 86515
(928) 871-6933
blewis@nndoj.org

## 2. Statement of Legal Basis for Subject Matter Jurisdiction

*See* Rec. Doc. 20 (Joint Case Management Plan).

**3. Dates of Filing of Relevant Pleadings**

*See* Rec. Doc. 20.

**4. Statement Regarding Whether This Case Raises Unusual Claims or Defenses**

*See* Rec. Doc. 20.

**5. Other Matters**

*See* Rec. Doc. 20.

**6. Proposed Briefing Schedule**

A. Filing of administrative record:

The administrative record was filed on April 24, 2013. *See* Rec. Doc. 38; *see also* Rec. Doc. 47 (granting motion to complete administrative record).

B. Deadline for parties to confer on record disputes:

The deadline for the parties to confer on record disputes was extended until June 24, 2013. *See* Rec. Doc. 42 (minute order).

C. Deadline for filing motions to complete and/or supplement the administrative record:

*See* Rec. Doc. 20 (30 days from the deadline for conferring on record disputes).

D. Petitioners' opening merits brief:

The Petitioners' opening merits brief was filed on August 30, 2013. Rec. Doc. 48; *see* Rec. Doc. 44 (extending deadline); Rec. Doc. 47 (same).

E. Respondents' response merits brief:

The Federal Respondents shall file their response merits brief by November 12, 2013.

F. Intervenor Respondents' response merits brief:

The Intervenor Respondents shall file their response merits brief by December 6, 2013.

G. Petitioners' reply merits brief:

The Petitioners shall file their reply merits brief by January 10, 2013.

H. If necessary, remedies briefing:

The Court shall set a schedule for remedies briefing after ruling on the merits, if necessary.

**7. Statements Regarding Oral Argument**

*See* Rec. Doc. 20.

**8. Consent to Exercise of Jurisdiction by Magistrate Judge**

*See* Rec. Doc. 20.

**9. Other Matters**

*See* Rec. Doc. 20.

**10. Amendments of Joint Management Plan**

*See* Rec. Doc. 20.

Dated this 21st day of October, 2013.

    By the Court:

    *s/John L. Kane*
    John L. Kane
    United States District Judge

Approved:

/s/ Shiloh Hernandez
Shiloh Hernandez
Western Environmental Law Center
103 Reeder's Alley
Helena, MT 59601
(406) 204-4861
hernandez@westernlaw.org

Attorney for Petitioners

/s/ Peter J. McVeigh
Peter J. McVeigh
U.S. Department of Justice
Mailing address:
P.O. Box 7415
Ben Franklin Station
Washington, DC 20044-7415
(202) 514-4642
peter.mcveigh@usdoj.gov
Street Address:
950 Pennsylvania Ave., N.W.
Robert F. Kennedy Bldg., Rm. 2630
Washington, DC 20530

Attorney for Federal Respondents

/s/ Water E. Stern
Walter E. Stern
Maria O'Brien
Joan E. Drake
Deana M. Bennett
P.O. Box 2168
Bank of America Centre
500 Fourth Street NW, Suite 1000
Albuquerque, NM 87103-2168
(505) 848-1800
western@modrall

James Banks
Hogan Lovells US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
(202) 637-5802

Attorneys for Intervenor BHP Navajo Coal Company